1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    ZACHERY SCOTT KEESEE,                      1:23-cv-01278-SKO (PC)

12                  Plaintiff,

13          v.                                    ORDER TRANSFERRING CASE TO THE
                                                  SACRAMENTO DIVISION OF THE
14    STANISLAUS COUNTY, et al.                   EASTERN DISTRICT OF CALIFORNIA

15                  Defendants.

16

17          Plaintiff, a prisoner or pretrial detainee proceeding pro se, has filed a civil rights action

18   pursuant to 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to 28

19   U.S.C. § 1915. In his complaint, Plaintiff alleges violations of his civil rights by defendants took

20   place in Stanislaus County.

21          Effective August 7, 2023, Local Rule 120, of the Local Rules of the United States District

22   Court, Eastern District of California, was amended. See General Order No. 666. Prior to

23   amendment, Local Rule 120(d) provided that "[a]ll civil and criminal actions and proceedings of

24   every nature and kind . . . arising in," among other counties, the counties of Calaveras, and

25   Stanislaus, "shall be commenced in the United States District Court sitting in Fresno, California,

26   and in Bakersfield, California, Yosemite National Park[,] or other designated places." As now

27   amended, Local Rule 120(d) provides that as for actions arising in the counties of Calaveras or

28   Stanislaus, such actions shall now "be commenced in the United States Court sitting [in]

                                                    1

Sacramento, California, and in Redding, California, or other designated places within those counties."

In light of the amended Local Rule 120(d), Plaintiff is advised that, as this is an action or proceeding that arises in the county of Stanislaus, this case should be transferred to the Sacramento Division of the United States District Court for the Eastern District of California. Further, pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  For these reasons, this action will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's request to proceed *in forma pauperis.*

Good cause appearing, **IT IS HEREBY ORDERED** that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.  This Court has not ruled on Plaintiff's request to proceed *in forma pauperis.*

IT IS SO ORDERED.

Dated:  __**August 29, 2023**__          _____*/s/ Sheila K. Oberto*_____
                                        UNITED STATES MAGISTRATE JUDGE

2