UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHERY SCOTT KEESEE,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY, et al.,<br><br>Defendants. | No. 2:23-cv-1854 DAD CKD P<br><br><br><br>ORDER |

Plaintiff, an Arkansas prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of his inmate trust account statement for the last six months as he must under 28 U.S.C. § 1915(a)(2). Accordingly, IT IS HEREBY ORDERED that:

1. Within 30 days, plaintiff shall submit a certified copy of his inmate trust account statement for the last six months; and

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: October 10, 2023

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kees1854.3c+.new

1