UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHERY SCOTT KEESEE, | No. 2:23-cv-1854 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| STANISLAUS COUNTY, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file a certified copy of his inmate trust account statement for the last six months as he must under 28 U.S.C. § 1915(a)(2). Good cause appearing, that request will be granted. The court notes that in a document filed by plaintiff on November 20, 2023, plaintiff suggests he submitted a copy of his trust account statement with that document. However, that is not the case. Attached to the November 20, 2023, filing is a document title "Calculation of Initial Inmate Filing Fee," not plaintiff's inmate trust account statement.

/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8 & 9) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to submit a certified copy of his inmate trust account statement for the last six months.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: January 10, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
kees1854.36