UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHERY SCOTT KEESEE, | No. 2:23-cv-1854 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| STANISLAUS COUNTY, et al., | |
| Defendants. | |

Plaintiff is an Arkansas prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On September 23, 2024, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff filed an amended complaint on October 21, 2024. Plaintiff then filed a motion for leave to file a second amended complaint on November 15, 2024, along with a proposed second amended complaint. Good cause appearing, the motion for leave to amend will be granted.

Plaintiff also asks the court to order that process be served on defendants. Before process can be served, the court must screen the second amended complaint pursuant to 28 U.S.C. § 1915A(a). When the second amended complaint is screened, the court will determine if service of process is appropriate.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1. Plaintiff's motion for leave to file a second amended complaint (ECF No. 19) is

3         granted;

4      2. Plaintiff's amended complaint (ECF No. 17) is dismissed.

5      3. Plaintiff's motion that defendants be served with process (ECF No. 18) is denied.

6  Dated: April 9, 2025

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

1
kees1854.mta