UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHERY SCOTT KEESEE,<br><br>  Plaintiff,<br><br>  v.<br><br>STANISLAUS COUNTY, et al.,<br><br>  Defendants. | No. 2:23-cv-1854 DAD CKD P<br><br>ORDER |

Plaintiff requests leave to file a third amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a third amended complaint (ECF No. 23) is GRANTED.

2. Plaintiff's second amended complaint is dismissed.

3. Plaintiff is granted thirty days from the date of service of this order to file a third amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, the Local Rules of Practice and the court's April 15, 2025, order. The third amended complaint must bear the docket number assigned this case and must be labeled "Third

/////

/////

/////

1

Amended Complaint." Failure to file a third amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: May 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

kees1854.lta

2