UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHERY SCOTT KEESEE,

Plaintiff,

v.

STANISLAUS COUNTY, et al.,

Defendants.

No.  2:23-cv-1854 DAD CKD P

ORDER

Plaintiff filed a motion for extension of time to file a third amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 25) is GRANTED.

2.  Plaintiff is granted until August 1, 2025, to file a third amended complaint.

3.  Failure to file a third amended complaint by that date will result in a recommendation that this action be dismissed.

Dated:  June 23, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
kees1854.36(4)