1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ZACHERY SCOTT KEESEE,                    No.  2:23-cv-1854 DAD CKD P

12              Plaintiff,

13         v.                                  FINDINGS AND RECOMMENDATIONS

14    STANISLAUS COUNTY, et al.,

15              Defendants.

16

17         On May 16, 2025, plaintiff's second amended complaint was dismissed with leave to a

18    third amended complaint.  The time granted for filing a third amended complaint has expired and

19    plaintiff has not filed a third amended complaint.

20         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21    prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22         These findings and recommendations are submitted to the United States District Judge

23    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24    after being served with these findings and recommendations, plaintiff may file written objections

25    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

26    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

27    /////

28    //////

1

time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

Cir. 1991).

Dated:  08/11/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kees1854.fta

2